**MOREIRA SAYLES RAMIREZ LLC**
712 Kearny Ave.
Kearny, NJ 07068
(201) 991-9001
Attorneys for Defendant Parker McCay, P.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL KOPEC on behalf of himself and all other similarly,<br><br>Plaintiff,<br><br>v.<br><br>PARKER MCCAY, P.A.;; and JOHN DOES 1-25,<br><br>Defendant. | Civil Action No. 2:23-cv-3424 |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, Parker McCay, P.A. ("Defendant"), by its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 in the Office of the Clerk of the United States District Court for the District of New Jersey, for removal of the above-captioned litigation from the Superior Court of New Jersey, Morris County, Law Division, Docket No. MRS-L-00767-23 where it is now pending to the United States District Court for the District of New Jersey.

### INTRODUCTION

1. This putative class action was brought against Defendant Parker McCay, P.A., by Plaintiff, Daniel Kopec, on behalf of himself and all others similarly situated (hereinafter, "Plaintiff"), seeking statutory damages and declaratory relief arising from Defendant's alleged violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act (hereinafter the

"FDCPA"). Plaintiff's Complaint further alleges violation of New Jersey's Truth-In-Consumer Contract, Warranty and Notice Act, N.J.S.A. § 56:12-14 et seq. ("TCCWNA").

2. For the reasons detailed below, this Court may exercise removal jurisdiction over the action.

## PARTIES

3. Plaintiff, Daniel Kopec, is a resident of Morris County in the State of New Jersey.

4. Defendant Parker McCay, P.A., a law firm, is a professional association with a principal place of business in Mount Laurel, New Jersey.

## PROCEEDINGS TO DATE

**A.   Plaintiff's Complaint**

5. On or about May 1, 2023, Plaintiff filed a Complaint styled <u>Daniel Kopec v. Parker McCay, P.A.</u>, in the Superior Court of New Jersey, Morris County, Law Division, under Docket No. MRS-L-00767-231. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as <u>Exhibit A</u>.

6. On or about May 24, 2023, a Summons and Complaint was served upon Defendant. A true and correct copy of the applicable Affidavit of Service is attached hereto as <u>Exhibit B</u>.

7. The Complaint filed by Plaintiff seeks, *inter alia*, statutory damages and declaratory relief arising from Defendant's alleged violations of 15 U.S.C. § 1692 *et seq.*, the FDCPA, which, *inter alia*, prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## TIMELINESS

8. Plaintiff filed a Summons and Complaint on May 1, 2023, Plaintiff filed a Complaint styled <u>Daniel Kopec v. Parker McCay, P.A.</u>, in the Superior Court of New Jersey, Morris County, Law Division, under Docket No. MRS-L-00767-231.

9. On or about May 24, 2023, Defendant was served with a copy of the Complaint.

10. Defendant has timely filed this Notice of Removal within thirty (30) days of its receipt of the Summons and Complaint as required by 28 U.S.C. §1446(b).

**GROUNDS FOR REMOVAL**

11. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1441(c) because it is one over which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331.

12. Plaintiff's Complaint seeks statutory damages and declaratory relief arising from Defendant's alleged violations of the FDCA, thereby providing for a federal question.

13. Specifically, Plaintiff alleges that Defendant violated:

- 15 U.S.C. § 1692e of the FDCPA by using false, deceptive and misleading representations or means in connection with its attempt to collect debts from Plaintiff and other similarly-situated people;

- 15 U.S.C. § 1692e(2)(A) of the FDCPA by making false representations of the character and amount of the debt;

- 15 U.S.C. § 1692e(5) of the FDCPA by misrepresenting that Discover Bank allowed for post-judgment interest to accrue on the debt; and

- 15 U.S.C. § 1692e(10) of the FDCPA by using false representations or deceptive means to collect or attempt to collect any debt.

14. These are all federal questions under 28 U.S.C. § 1331.

15. The two additional counts in Plaintiff's Complaint are contingent upon, and otherwise allege, violations of the FDCPA as a predicate. Count I of the Complaint seeks relief under New Jersey's Declaratory Judgment Act declaring that Defendant violated the FDCPA. Count III of the Complaint alleges that Defendant's alleged FDCPA violations further constitute

violations of TCCWNA and that he has suffered injury as an "aggrieved consumer". See Complaint, ¶ 106.

16. Plaintiff further alleges that he is an "aggrieved consumer" for purposes of his TCCWNA claims under Count III

17. Therefore, this Court has subject matter jurisdiction over Plaintiff's Complaint because Plaintiff asserts a claim over which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331.

18. Accordingly, the present lawsuit is removable from state court to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1331 and § 1441(a), (b) and (c).

19. A copy of a JS-44 Civil Cover sheet for this matter is attached hereto as Exhibit D.

## VENUE

20. Plaintiff's action is pending in the Superior Court of New Jersey, Law Division, Essex County, which is within this judicial district. See 28 U.S.C. § 110. This Court is thus the proper venue for removal under 28 U.S.C. § 1441(a).

## NOTICE

21. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff. A copy of the Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Morris County, in the form attached hereto as Exhibit C.

## SUPPLEMENTAL JURISDICTION

22. To the extent that any of Plaintiff's claims do not relate to alleged violations of the FDCPA, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367 and 1441(c).

## **CONCLUSION**

For the foregoing reasons, Defendant respectfully demands that this action, previously pending in the Superior Court of New Jersey, Morris County, Law Division, Docket No. MRS-L-00767-22, be removed to this Court, and that this Court proceed as if this case had been originally initiated in this Court.

                                                **MOREIRA SAYLES RAMIREZ LLC**
                                                *Attorneys for Defendant,*
                                                *Parker McCay, P.A.*

BY:   */s/ Andrew C. Sayles, Esq.*
            Andrew C. Sayles, Esq.

DATE:   June 23, 2023

5

**CERTIFICATE OF SERVICE**

I, Andrew C. Sayles, Esq., of full age, hereby certify that the original of the within Notice of Removal has been filed with the Clerk, United States District Court for the District of New Jersey, via electronic filing, and that a copy of the within pleading has been served this date, via electronic mail upon:

Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
*Attorneys for Plaintiff, Daniel Kopec*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

|  |  |
|---|---|
|  | By: */s/Andrew C. Sayles* |
| Date:  June 23, 2023 | Andrew C. Sayles |

6207875-1