**MOREIRA SAYLES RAMIREZ LLC**
Andrew C. Sayles, Esq.
712 Kearny Ave.
Kearny, NJ 07068
asayles@msr-legal.com
(201) 991-9001
Attorneys for Defendant Parker McCay, P.A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL KOPEC on behalf of himself and all other similarly,<br><br>      Plaintiff,<br><br>v.<br><br>PARKER MCCAY, P.A.;; and JOHN DOES 1-25,<br><br>      Defendant. | Civil Action No. 2:23-cv-3424<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Document Filed Electronically* |

The parties to the above matter hereby stipulate and agree that the Complaint should be dismissed with prejudice and without costs.

|  |  |
|---|---|
| /s/ Joseph K. Jones<br>By: _____<br>Joseph K. Jones, Esq.<br>Jones, Wolf & Kapasi, LLC<br>Counsel for Plaintiff<br><br>Dated:  September 28, 2023 | /s/ Andrew C. Sayles<br>By: _____<br>Andrew C. Sayles<br>Moreira Sayles Ramirez LLC<br>Counsel for Defendant<br><br>Dated:  September 28, 2023 |

5837410-1